UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF:

} CASE NO.
} RDB-10-1130

YVONNE MOSLEY SUTTON
    Petitioner/Beneficiary

v.

KENNETH MACFADYEN,
    Respondent/Substitute Trustee

CHASE HOME FINANCE,
NEW CENTURY MORTGAGE CORPORATION,
FRIEDMAN & MACFADYEN, P.A., and
MORTGAGE ELECTRONIC REGISTRATION
    SYSTEMS, INC.
    Respondents

---

## MOTION FOR ENTRY OF DEFAULT JUDGMENT AND PEREMPTORY DEMAND FOR SANCTIONS

COMES NOW, Yvonne-Mosley: Sutton, who is grantor and true beneficiary that receives money or other benefits of the YVONNE MOSLEY SUTTON TRUST in harmony with Tracing Law and Trust Law, hereafter correctly referred to as "Petitioner/Beneficiary" a woman, not corporate, on behalf of the YVONNE

MOSLEY SUTTON TRUST, comes in peace and not as a combatant, and not as an enemy of any State and/or UNITED STATES with ill intent, to request the indulgence of the court, as she is not schooled in law, to respectfully move this Court for an Entry of Default Judgment as a matter of law in harmony with Federal Rules of Civil Procedure under Rule 12(a)(1)(A) which states:

> *Rule 12. Defenses and Objections--When and How Presented--By Pleading or Motion--Motion for Judgment on the Pleadings*
>
> *(a) When Presented.*
>
> *(1) Unless a different time is prescribed in a statute of the United States, a defendant shall serve an answer*
>
> *(A) within 20 days after being served with the summons and complaint*

1. Petitioner/Beneficiary moves this court to honor, uphold and abide by the oaths taken by the presiding judge and attending court officers, mandated by the Constitution for the united States of America, Article VI, Clauses 2 and 3, and the Constitution for the Republic of Maryland and deny Substitute Trustee Kenneth MacFayden and Respondents Chase, Friedman, etc. with their Attorneys of Record Michael Cantrell and Chad King who did refuse to comply with FRCP Rule 12 (a)(1)(A) and file the required answer to Petitioner/Beneficiary's Original Complaint around May 10, 2010; but instead:

a. did elect to continue to act as Third-Party Debt Collectors; and

b. did disregard their duty to perform their obligation of law as officers of the court; and

c. did show their overt intent to continually obstruct, impede and influence the proper administration of a legal investigation of this matter within the jurisdiction of this court in clear violation of the strict rules and regulations promulgated by the Maryland State Bar and the Securities Exchange Commission for the setting right and correcting an error or a fault or an evil; and

d. did tactically file their Motion to Dismiss under FRC Rules 12(b)(6) after the phone hearing to discuss Petitioner/Beneficiary's peremptory Discovery Demand as provided by Local Rules of the United States District Court for the District of Maryland Rule 104 was scheduled to be held in chambers with Judge Richard D. Bennett and Attorneys of Record Michael Cantrell and Chad King on September 27, 2010 to avoid being compelled to produce the Original Promissory Note with account number 1003555272 dated September 9, 2005 with wet ink signature of Yvonne D. Mosley-Sutton and stamp "Pay to the order of, without recourse, New Century Mortgage Company signed by

Diana Noriega, A.V.P./ Trailing docs" placed into safekeeping of Original Trustee Patrick Flanagan which would show the prima facie evidence of collusive fraud upon the court with concerted actions by all Respondents to conceal the misappropriation, embezzlement and conversion of Petitioner/Beneficiary's property.

2. Petitioner/Beneficiary moves this court to sanction Substitute Trustee Kenneth MacFayden and Attorneys of Record Michael Cantrell and Chad King for attorney misconduct under L.R. 705.1 for obstruction of justice and refer this matter to the Securities Exchange Commission for investigation of their collusive acts in concert with Original Trustee Patrick Flanagan for violations of Sarbanes Oxley Act Section 802 and the Ethic Committee for the Maryland State Bar for initiation of disciplinary proceedings for violating the Maryland State Bar Rules of Professional Conduct to aid and abet the acts of Misappropriation and Embezzlement against Petitioner/Beneficiary by Original Trustee Patrick Flanagan and Diana Noriega doing business as New Century Mortgage Company.

3. Petitioner/Beneficiary invokes Sarbanes-Oxley Act Section 802 as controlling to impose penalties of fines and/or up to 20 years imprisonment

upon Original Trustee Patrick Flanagan, Substitute Trustee Kenneth MacFadyen and all named Respondents or anyone for collusively altering, destroying, mutilating, concealing, falsifying records, documents or tangible objects with the intent to obstruct, impede or influence a legal investigation or proper administration of any matter within the jurisdiction of this court for this instant and peremptory demand for sanctions.

4. Petitioner/Beneficiary is imputing the obligations of the strict rules of professional conduct mandated by the Maryland State Bar and the penalties of Sarbanes-Oxley Act Section 802 promulgated by the Securities Exchange Commission upon Substitute Trustee to be mindful of the fact that nothing shall be deemed to diminish or relieve Substitute Trustee of any other duty or obligation imposed by Federal or State law or regulation to maintain, or refrain from destroying the Original Promissory Note with account number 1003555272 dated September 9, 2005 with wet ink signature of Yvonne D. Mosley-Sutton and stamp "Pay to the order of, without recourse, New Century Mortgage Company signed by Diana Noriega, A.V.P./ Trailing docs".

Now, therefore, Petitioner/Beneficiary moves this court for an Order to enter a Default Judgment in favor of Petitioner/Beneficiary as a matter of law under Federal Rules of Civil Procedure under Rule 12(a)(1)(A) against Substitute Trustee Kenneth MacFadyen and all named Respondents and any other equitable relief this court may deem appropriate.

Respectfully submitted,

By: _Yvonne M. Sutton_

Yvonne-Mosley: Sutton, In Propria Persona
Petitioner/Beneficiary on behalf of the
YVONNE MOSLEY SUTTON TRUST
198 Thomas Jefferson Terrance
Elkton, Maryland state, non-domestic

This 5th day of November, 2010

## VERIFICATION

The foregoing statements are true and correct to the best of my knowledge and belief.

Respectfully submitted,

This 5th day of November, 2010

By: /s/ Yvonne M. Sutton
Yvonne-Mosley: Sutton, In Propria Persona
Petitioner/Beneficiary on behalf of the
YVONNE MOSLEY SUTTON TRUST
198 Thomas Jefferson Terrance
Elkton, Maryland state, non-domestic

## CERTIFICATE OF SERVICE

I have on this day 5th of November, 2010 filed with the Clerk and did send this MOTION FOR ENTRY OF DEFAULT JUDGMENT AND PEREMPTORY DEMAND FOR SANCTIONS by Certified U.S. First Class Mail (Certified Mail Number: _____) to the following:

FRIEDMAN & MACFADYEN, P.A.
210 EAST REDWOOD STREET, TOTMAN BLD, SUITE 400
BALTIMORE, MARYLAND 21202-3399
ATTN: KENNETH MACFADYEN

CHASE HOME FINANCE, LLC
3415 VISION DRIVE
COLUMBUS, OH 43219-6009

NEW CENTURY MORTGAGE CORPORATION
18400 VON KARMAN, SUITE 1000
ERVIN, CA 92612

MERS
P.O. BOX 2026
FLINT, MI 48501-2026

**Additional copies sent hand delivery to:**

U.S. District Court for the District of Maryland
CECIL County Clerk of the Court
Elkton, Maryland

By: _____
Yvonne-Mosley: Sutton, In Propria Persona
Petitioner/Beneficiary on behalf of the
YVONNE MOSLEY SUTTON TRUST
198 Thomas Jefferson Terrance
Elkton, Maryland state, non-domestic